UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN ALEXANDER DODD,

    Plaintiff,

v.                     Case No. 8:12-cv-1536-T-33TBM

THOMAS DODD and
MARY ANNE FORD,

    Defendants.
_____/

**<u>ORDER</u>**

Before the Court is the July 24, 2013, Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 30), in which Judge McCoun recommends that pro se Plaintiff Brian Dodd's Second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. # 12) and Affidavit of Indigency (Doc. # 13), which the Court construes as a motion to proceed *in forma pauperis*, be denied and that the Amended Complaint be dismissed. Plaintiff filed a timely objection to the Report and Recommendation on August 6, 2013. (Doc. # 31). After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge and overrules the filed Objection.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation and the Objection, the Court overrules the Objection, adopts the Report and Recommendation, denies the construed motion to proceed *in forma pauperis*, and dismisses this action. The Court agrees with Judge McCoun's detailed and well-reasoned findings of fact and conclusions of law: Plaintiff's Amended Complaint

fails to state federal claims and fails to show that this Court has diversity jurisdiction over the state claims alleged in the Amended Complaint. Plaintiff's Objection does not provide a basis for rejecting the Report and Recommendation.

The Court previously allowed Plaintiff to amend his Complaint (Doc. # 8 at 3), and the Court "cannot perceive of any [further] amendment which would permit this suit." Troville v. Venz, 303 F.3d 1256, 1260 n.5 (11th Cir. 2002). The Court dismisses this case for lack of jurisdiction.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Thomas B. McCoun III, United States Magistrate Judge (Doc. # 30) is **ACCEPTED AND ADOPTED.**

(2) Plaintiff Brian Dodd's Second Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. # 12) and Affidavit of Indigency (Doc. # 13), which the Court construes as a motion to proceed *in forma pauperis*, is **DENIED.**

(3)    This action is **DISMISSED** for lack of jurisdiction and

the Clerk is **DIRECTED** to **CLOSE this case.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this

7th day of August, 2013.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Parties and Counsel of Record

4